UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| HASSAN SULEIMAN KHALAF,  Petitioner,  v.  JOSHUA JOHNSON, et al.,  Respondents. | No. 6:25-CV-104-H |

## ORDER

Before the Court is Hassan Suleiman Khalaf's habeas petition (Dkt. No. 1). The Court observes that Khalaf cannot be located through ICE's Online Detainee Locator System using his biographical information. The Court is also unable to locate Khalaf using his A-Number. *See* Dkt. No. 8 at 5, 9. Therefore, the Court orders the parties to submit a joint status report, on or before February 3, 2026, indicating whether Khalaf remains in ICE custody.

So ordered on January 26, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE