UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

HASSAN SULEIMAN KHALAF,

     Petitioner,

v.

     No. 6:25-CV-104-H

JOSHUA JOHNSON, et al.,

     Respondents.

## JUDGMENT

For the reasons stated in the Court's order (Dkt. No. 19), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice. The petitioner's motion to expedite (Dkt. No. 17) is denied as moot.

The Clerk of the Court is directed to close the case.

So ordered on June 24, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE